UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**LINDA ANN SMILEY,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　　　　**Case No: 6:17-cv-257-Orl-41GJK**

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**
_____/

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Complaint (Doc. 1). Plaintiff seeks review from a final decision of the Commissioner of Social Security (the "Commissioner") denying her application for Social Security Disability Insurance. United States Magistrate Judge Gregory J. Kelly submitted a Report and Recommendation (Doc. 20), recommending that the Court affirm the Commissioner's final decision.

After a *de novo* review, and noting that no objections were timely filed, the Court agrees with the analysis in the Report and Recommendation. It is therefore **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 20) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The final decision of the Commissioner is **AFFIRMED**.

3. The Clerk is directed to enter judgment in favor of the Commissioner. Thereafter, the Clerk shall close this case.

**DONE** and **ORDERED** in Orlando, Florida on April 30, 2018.



Copies furnished to:

Counsel of Record